Judgment in a Civil Case
================================

United States District Court
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL ANZALONE | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 16-CV-305-G |
| v. | |
| D. MULLIGAN, ET AL | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that this action is administratively terminated without filing the complaint or assessing a filing fee.

Date: September 12, 2016         MARY C. LOEWENGUTH
                                 CLERK OF COURT

                                 By: s/K.McMillan
                                        Deputy Clerk